1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

A.M. a minor child, et al.,

                Plaintiff,

    v.

UNITED TEMPERING SYSTEMS,

                Defendant.

CASE NO  CR05-5526RBL

ORDER STRIKING AMENDED
COMPLAINT

THIS MATTER having come on before the above-entitled Court, sua sponte. Pursuant to FRCP 15(a), plaintiff's Amended Complaint filed on September 9, 2005 is STRICKEN.  Counsel is directed to conform with the rule and RE-FILE the Amended Complaint when appropriate.

The Court having considered the entirety of the records and file herein, it is now,

ORDERED that the Amended Complaint is STRICKEN.

Dated this 13th day of September, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE