Honorable Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| A.M., a Minor Child, through her Conservator, A. RICHARD VIAL,<br><br>          Plaintiff,<br><br>   v.<br><br>UNITED TEMPERING SYSTEMS, and Its Successor in Interest, OLDCASTLE GLASS, INC., a Foreign Corporation; JOHN R. HAMMOND; and STEPHANIE L. MEZA,<br><br>          Defendants. | NO.  C05-5526RBL<br><br>ORDER REMANDING CASE TO STATE COURT |

THIS MATTER having come on before the undersigned Judge of the United States District Court for the Western District of Washington at Tacoma upon the stipulation of the parties that, with the addition of Stephanie Meza as a Defendant herein, the Court now lacks diversity jurisdiction, and that therefore the matter should be remanded to Clark County Superior Court for further proceedings, and this Court observing that (1) an Amended Complaint was filed in this cause adding Stephanie Meza as a Defendant, and (2) the Declaration of Stephanie

ORDER REMANDING CASE TO
STATE COURT          - 1

Meza establishes that she, as a Defendant, and Plaintiff A.M. are both residents of the State of Arizona, the Court therefore finds that the diversity criteria of 28 USC § 1332 can no longer be met, and that this Court therefore lacks jurisdiction to hear this matter, Now, Therefore,

IT IS HEREBY ORDERED that this matter is remanded to the Clark County Superior Court for further proceedings.

DATED:   November 9, 2005.

*Ronald B. Leighton* (signature)

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER REMANDING CASE TO
STATE COURT        - 2